UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KRISTI VAUGHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14-cv-194 |
| | ) | |
| NATIONAL COLLEGIATE STUDENT | ) | |
| LOAN TRUST 2006-3, A DELAWARE | ) | |
| STATUTORY TRUST, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons outlined in the accompanying memorandum opinion, the first motions to dismiss filed by defendants Gordon and Scott, Parnell & Associates, P.C. [Docs. 10, 12] are **DENIED as moot**. The defendants' second motions to dismiss [Docs. 18, 20] are **GRANTED** and the plaintiff's claims against defendants Gordon and Scott, Parnell & Associates, P.C. are **DISMISSED**.

In light of the Court's conclusion that the plaintiff's claims are time-barred, the plaintiff is hereby **DIRECTED** to show good cause within 30 days why the claims against the remaining defendants should not also be dismissed as time-barred. The plaintiff is also **DIRECTED** to further show cause within 30 days why the case against defendant Francesca L. Giampiccolo should not be dismissed for failure to prosecute. Fed. R. Civ. P. 4(m), 41(b).

IT IS SO ORDERED.


    s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE